Carbone v A&D Transp. Servs., Inc.

2026 NY Slip Op 02756

May 1, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THERESA CARBONE, PLAINTIFF-RESPONDENT,

v

A & D TRANSPORT SERVICES, INC., DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on May 1, 2026

263 CA 25-00353

Present: Montour, J.P., Ogden, Greenwood, Nowak, And Hannah, JJ.

BURDEN & HANSEN, LLC, BUFFALO (DONNA L. BURDEN OF COUNSEL), FOR DEFENDANT-APPELLANT.

MICHAEL J. LAUCELLO, CLINTON, FOR PLAINTIFF-RESPONDENT.

Appeal from an order of the Supreme Court, Oneida County (James P. McClusky, J.), entered February 7, 2025. The order denied the motion of defendant for summary judgment dismissing the complaint.

[*1]

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 1 and April 3, 2026,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: May 1, 2026

Ann Dillon Flynn

Clerk of the Court